UNSEALED

# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 07-226 | MAGIS. NO: |
|---|---|---|
| V.<br><br>GARY STRICKLAND | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Gary Strickland | **FILED**<br>APR - 4 2008 |
| DOB:       PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR;

UNLAWFUL DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>18:922(g)(1) and 21:841(a)(1) and 841(b)(1)(B)(iii) |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| | |

| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED:<br>9/6/07 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>9/6/07 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 9/6/07 | NAME AND TITLE OF ARRESTING OFFICER<br>Kevin M. Kraemer DUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 4/4/08 | | |
| HIDTA CASE:  Yes    No  X | | OCDETF CASE:   Yes    No  X |

138/023