IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 07-226 (CKK) |
| ) | |
| GARY STRICKLAND ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR
CONTINUANCE OF MAY 15, 2008 STATUS CONFERENCE**

Defendant, Gary Strickland, through counsel, respectfully submits this unopposed motion for a brief continuance of the May 15, 2008 status conference in this matter.

In support of this request, the defense submits as follows:

1. This matter is currently scheduled for a status conference on May 15, 2008. At the arraignment on April 23, 2008, both counsel had believed discovery was complete. Following that date, defense counsel discovered a problem with the audiotapes produced in discovery. The government, through AUSA Emily Miller, has diligently worked to replace the audiotapes. Undersigned counsel understands that new audiotapes are available as of today. In addition, undersigned counsel understands the government has finalized its initial plea offer today.

2. Now that the problem with the audiotapes has been corrected, undersigned counsel will again meet with Mr. Strickland to review discovery and consider the government's plea offer. Counsel is accordingly requesting more time. Counsel understands that all parties and the Court are available on Monday, June 2, 2008 for a status conference in this matter.

3. Counsel has discussed Mr. Strickland's speedy trial rights with him. Mr.

Strickland hereby waives all speedy trial time up to and including June 2, 2008, in order to obtain the relief requested in this Motion, and submits that such waiver is in the interests of justice. Based on that waiver, no speedy trial time should have lapsed since the April 23, 2008 arraignment in this case.

    4.    The government, through AUSA Emily Miller, does not oppose this Motion.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500, ex. 134

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 07-226 (CKK) |
| ) | |
| GARY STRICKLAND ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon the unopposed motion of Defendant Gary Strickland to continue the May 15, 2008 status conference, and for good cause shown, it is hereby

**ORDERED** that defendant's motion is **GRANTED**; it is further

**ORDERED** that the hearing is now scheduled for _____, 2008 at _____ am/pm; and it is further

**ORDERED** that, in the interests of justice, speedy trial time is excluded from this date until June 2, 2008.

**SO ORDERED.**

_____
THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE