# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

## RELEASE ORDER
(Work Release or Electronic Monitoring Program)

UNITED STATES OF AMERICA

**FILED**
JUN - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No. 07-226

vs.

_Gary Strickland_
Defendant's Name _____ Defendant's Address _____ Phone No. _____

YOU ARE HEREBY RELEASED TO THE THIRD PARTY CUSTODY OF THE DEPARTMENT OF CORRECTIONS FOR PLACEMENT IN THE FOLLOWING PROGRAM:

☐ WORK RELEASE/D.C. JAIL        ☑ WORK RELEASE/HALFWAY HOUSE        ☐ OPERATION PROGRESS
                                                                      (Electronic Monitoring)

YOUR RELEASE IS CONDITIONED UPON COMPLYING WITH ALL REGULATIONS AND PROGRAM REQUIREMENTS OF THE WORK RELEASE/ELECTRONIC MONITORING PROGRAM, IN ADDITION TO THE GENERAL TERMS & CONDITIONS LISTED ON THE REVERSE SIDE, AND ANY OF THE FOLLOWING CONDITIONS IMPOSED BY THE COURT:

☐ NO SOCIAL PASSES                     ☐ STAY AWAY ORDER: _____

☐ CURFEW IMPOSED: _____

☐ OTHER CONDITIONS: _Based on report from halfway house, the Court is lifting the social pass restriction._

### YOU ARE NOT TO COMMIT ANY CRIMINAL OFFENSE

You are instructed that any violation of a condition of release may result in revocation of release, pretrial detention or contempt. If you willfully fail to appear as required, you will be subject to prosecution and if convicted, the maximum penalties are indicated on the reverse side. Furthermore, your release is subject to the terms and conditions contained on the reverse side which are incorporated in and made a part of this order, which by your signature below you certify you have read and understand.

THE D.C. DEPARTMENT OF CORRECTIONS IS DIRECTED TO NOTIFY THE COURT IMMEDIATELY BY FAX OF DEFENDANT'S ESCAPE OR REMAND TO THE D.C. JAIL. THIS NOTIFICATION SHOULD BE FAXED TO THE ATTENTION OF THE <u>CRIMINAL CLERK'S OFFICE</u> (FAX # 535-0320) & WILL BE FORWARDED TO THE APPROPRIATE JUDICIAL OFFICER.

**NEXT DUE BACK**: on _6-19-08_ in Courtroom _28A_ at _2:00_ (a.m. / **p.m.**) in the U.S. District Courthouse, 3rd & Constitution Ave., N.W., Washington, D.C., or when notified; and you must appear at all subsequent dates.

YOUR ATTORNEY: _Jonathan Jeffress_
address: _____
phone no: _____

**DEFENDANT'S SIGNATURE**: _Gary Strickland_

WITNESSED BY: _Dorothy Jones Patterson_ (title or agency) _USDC Clerk_

WHITE    - TO COURT PAPERS
BLUE     - TO D.C. DEPT./CORRECTIONS
GREEN    - TO D.C. PRETRIAL SERVICES
CANARY   - TO DEFENSE ATTORNEY
PINK     - TO U.S. ATTORNEY
GOLDENROD - TO DEFENDANT

SO ORDERED: _Colleen Kollar-Kotelly_
(Signature of Judge)
DATE: _6/2/08_



**EXTENDED HOUSE INC.**

# WORK RELEASE PROGRESS REPORT

**TO:**     The Honorable Alan Kay

**FROM:**   Daryl Brown, Sr. Case Manager

**RE:**     **Gary Strickland**

|  |  |
|---|---|
| Criminal Case # | 07-226 |
| PDID # | 367-971 |
| DCDC # | 229-753 |

**CASE MANAGER:**    Daryl Brown

**DATE       :**    June 2, 2008

### INTRODUCTION:

On April 9, 2008, defendant Gary Strickland DCDC# 229-753, was ordered to the Community Release Program in case **07-226.** Since his arrival defendant Strickland has participated in all in-house programs, and Narcotics Anonymous meetings, Relapse Prevention and Anger Management.

### ADJUSTMENT:

Defendant Strickland behavior and attitude towards staff and residents has been positive and there are no infractions to report as of this writing. His adjustment in the facility is considered to be satisfactory. Defendant Strickland is currently employed with Acquisition Concepts, located at 803 Sero Dr. Ft. Washington Md. and according to his instructor Mr. Marvin Harris his attendance work performance is good. Mr. Harris can be reached on (240) 432-8240.

### RECOMMENDATION:

If defendant Strickland is not released from custody, we would like to recommend that his social pass restriction be lifted.