UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-226 (CKK) |
| | ) | |
| GARY STRICKLAND | ) | Status Date:  June 19, 2008 |
| | ) | |
| Defendant. | ) | |

DEFENDANT GARY STRICKLAND'S MOTION FOR
PLACEMENT INTO HIGH INTENSITY SUPERVISION PROGRAM

Defendant, Gary Strickland, through undersigned counsel, respectfully submits this Motion For Placement Into High Intensity Supervision Program ("HISP").  In submitting this Motion, defendant joins in the request by Pretrial Services, which has also requested that the Court admit Mr. Strickland into the HISP.  *See* Ex. 1.

In further support of this Motion, Mr. Strickland respectfully submits as follows:

1.  Mr. Strickland is charged by Indictment with one count of possession of a firearm by a convicted felon, and one count of possession with intent to distribute 5 grams or more of crack cocaine.  The offenses in this case allegedly took place in October 2006 and January 2007, respectively.

2.  On April 9, 2008, the Magistrate Judge held a detention hearing.  Following the hearing, Mr. Strickland was ordered released to a halfway house.  Mr. Strickland was released from D.C. Jail to Extended House on April 18, 2008.  As reported at the last status conference, on June 2, 2008, the staff at Extended House was entirely satisfied with Mr. Strickland.  *See* Extended House Work Release Progress Report (exhibit 2 of Court's June 2, 2008 Order).  Mr. Strickland was fully compliant with all halfway house rules and regulations.  *See id.*

3.      On June 4, 2008, Extended House was suddenly closed for unknown reasons having nothing to do with Mr. Strickland.  All of the residents were remanded to D.C. Jail or CTF.  Mr. Strickland was remanded to D.C. Jail and then CTF, where he has remained since

4.      On June 6, 2008, Mr. Strickland's Pretrial Services Officer, Melvin Tilden, filed a Request for Reduction in Pretrial Supervision Report.  *See* Ex. 1.  The report explains the situation with Extended House and requests that the Court place Mr. Strickland into the HISP.  Pretrial Services has already conducted the required investigation of Mr. Strickland and found that he is eligible for the HISP.

5.      Mr. Strickland is a 41-year old married male with two children whom he lives with and takes care of (a 17-year old son and an 11-year old daughter).  Mr. Strickland works full-time at Acquisition Concepts, located at 803 Sero Drive in Fort Washington, Maryland.  Mr. Strickland's work manager has reported to Pretrial Services that Mr. Strickland's work performance is good.

6.      The government, through AUSA Emily Miller, states that the government defers to the Court with respect to this motion.  AUSA Miller has stated that she would prefer that Mr. Strickland be placed at a different halfway house, but Pretrial Services reports that finding placement at another Halfway House will be difficult, if not impossible, given the number of residents displaced from Extended House when it closed.

**WHEREFORE**, for the foregoing reasons, Mr. Strickland respectfully moves this Honorable Court to release Mr. Strickland pending the resolution of this case under any conditions deemed appropriate by the Court and Pretrial Services, up to and including the HISP.

        Respectfully submitted,

        _____/s/_____
        Jonathan S. Jeffress
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W.
        Suite 550
        Washington, D.C.  20001
        (202) 208-7500, ex. 134

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Cr. No. 07-226 (CKK) |
| ) | |
| **GARY STRICKLAND** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of defendant's Motion for Placement Into the High Intensity Supervision Program, and finding good cause shown, it is this _____ day of _____, 2008, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Mr. Gary Strickland shall be **RELEASED** from CTF into the High Intensity Supervision Program ("HISP").

_____
The Honorable Colleen Kollar-Kotelly
United States District Judge

# Attachment

# DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

PSA High Intensity Supervision Program
633 Indiana Avenue, NW Suite 1020
Washington, DC 20004
Phone: 220-5530 | Fax: 220-5565

## Request for Reduction in Pretrial Supervision Report

June 06, 2008

**To:** The Honorable Colleen K. Kotelly

**From:** Melvin Tildon, Pretrial Services Officer

**Re:** Gary T. Strickland **PDID #:** 367-971
704 12th Street SE #12 Washington, D.C. 20003

| **Docket #:** | **Charge(s):** | **Court Date:** |
|---|---|---|
| CR07-000226 | CSA-Unlawful Distribution of 5 grams or more of cocaine base | 6/19/2008 |
| | Unlawful Possession of Firearm by a Convicted Felon | |

The above named defendant was released by the Court under the supervision of Pretrial Services Agency (PSA) Work Release Supervision Program with the following release condition(s):

- No Social Passes.

The defendant was assigned to Extended House on 4/18/08. Due to no fault of the defendants, all residents at Extended House were remanded to DC Jail on 6/4/08. An evaluation for HISP was conducted and the defendant found eligible for participation. PSA recommends the defendant be placed in HISP. Electronic monitoring will be supervised at the above address.

CC: Assistant U.S. Attorney